# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | |
|---|---|
| In Re: | Case No. 20-10468-SDM |
| Dennis Norman<br>Linda Norman | Chapter 13 |
| Debtors. | Judge Selene D. Maddox |

## REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)

       Please take notice that D. Anthony Sottile, as authorized agent for Home Point Financial Corporation, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

       D. Anthony Sottile
       Authorized Agent for Home Point Financial Corporation
       394 Wards Corner Road, Suite 180
       Loveland, OH 45140
       Phone: 513.444.4100
       Email: bankruptcy@sottileandbarile.com

| | |
|---|---|
| Dated: February 5, 2020 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |

# **CERTIFICATE OF SERVICE**

I certify that on February 5, 2020, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Catherine Anne Umberger, Debtors' Counsel
    cu@mayfieldlawfirm.com

    Terre M. Vardaman, Chapter 13 Trustee
    vardaman13ecf@gmail.com

    Office of the United States Trustee
    ustpregion05.ab.ecf@usdoj.gov

I further certify that on February 5, 2020, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Dennis Norman, Debtor
    105 S Gatlin Street
    Okolona, MS 38860

    Linda Norman, Debtor
    105 S Gatlin Street
    Okolona, MS 38860

    /s/ D. Anthony Sottile
    D. Anthony Sottile
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com